[No. 23595-1-II.  Division Two.  April 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY M. RYE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00065-0, Joel M. Penoyar, J., entered July 17, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 23740-7-II.  Division Two.  April 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00998-9, William J. Kamps, J., entered August 31, 1998. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 23918-3-II.  Division Two.  April 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI G. HARSILA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00749-2, Leonard W. Kruse, J., entered October 26, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 23924-8-II.  Division Two.  April 7, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. GERALD ROBERT GODSEY, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00666-5, Stephen M. Warning, J., entered October 26, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.